**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Ramon Bolin, | Case No. 2:26-cv-00241-ART-NJK |
| Plaintiff, | **Order Granting Stipulation to Extend Time** to File a Response to Plaintiff's Complaint |
| v. | |
| United States of America, | **(First Request)** |
| Defendant. | |

Plaintiff Ramon Bolin, ("Plaintiff) and Federal Defendant United States of America ("Federal Defendant"), through undersigned counsel, hereby submit this stipulation to extend the date to file a responsive pleading.

Plaintiff's filed the Complaint on February 2, 2026.

Federal Defendant was served with Plaintiff's Complaint on February 26, 2026.

The deadline for Federal Defendant to respond to Plaintiffs' Complaint is April 27, 2026.

Plaintiff and Federal Defendant, through undersigned counsel, agree and stipulate that Federal Defendant's time to respond to the Plaintiff's Complaint be extended to **May 27, 2026**. This is the first request for an extension of time.

1

The extension of time is necessary because Federal Defendants' counsel needs additional time to obtain all responsive information from its clients to meaningfully respond to the Amended Petition.

Therefore, the parties request that the Court extend the deadline for Federal Defendant to answer or otherwise respond to Plaintiff's Complaint to **May 27, 2026**.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 24th day of April 2026.

LERNER & ROWE INJURY
ATTORNEYS

TODD BLANCHE
Acting Attorney General of the United
States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Joseph F. Schmitt*
JOSEPH F. SCHMITT, ESQ.
Nevada Bar No. 9681
4795 South Durango Dr.
Las Vegas, Nevada 89147

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney
501 South Las Vegas Blvd., Suite #1100
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

*Attorneys for the Federal Defendant*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 27, 2026 _____

2