**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Ramon Bolin,

       Plaintiff,

       v.

United States of America

       Defendant.

Case No. 2:26-cv-00241-ART-NJK
**Order Granting Stipulation to Extend Time**
**to File a Response to Plaintiff's Complaint**

**(Second Request)**

Plaintiff Ramon Bolin, ("Plaintiff) and Federal Defendant United States of America ("Federal Defendant"), through undersigned counsel, hereby submit this stipulation to extend the date to file a responsive pleading.

Plaintiff's filed the Complaint on February 2, 2026.

Federal Defendant was served with Plaintiff's Complaint on February 26, 2026.

Federal Defendant's filed the First Stipulation and Order to Extend Time to File a Response to Plaintiff's Complaint on April 24, 2026 (ECF No. 6).

The Order granting the First Stipulation and Order to Extend Time to File a Response to Plaintiff's Complaint was filed on April 27, 2026 (ECF No. 9).

The deadline for Federal Defendant to respond to Plaintiffs' Complaint is May 27, 2026.

Plaintiff and Federal Defendant, through undersigned counsel, agree and stipulate that Federal Defendant's time to respond to the Plaintiff's Complaint be extended to June 29, 2026. This is the second request for an extension of time.

The extension of time is necessary because Federal Defendants' counsel needs additional time to obtain all responsive information from its clients to meaningfully respond to the Amended Petition. Therefore, the parties request that the Court extend the deadline for Federal Defendant to answer or otherwise respond to Plaintiff's Complaint to June 29, 2026. This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 27th day of May 2026.

| | |
|---|---|
| BENSON ALLRED INJURY LAW | TODD BLANCHE<br>Deputy Attorney General of the United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| */s/Joshua L. Benson*<br>JOSHUA L. BENSON<br>333 N. Rancho Drive<br>Suite 420<br>Las Vegas, Nevada 89106 | */s/ James R. Sweetin*<br>JAMES R. SWEETIN<br>Assistant United States Attorney<br>501 South Las Vegas Blvd., Suite #1100<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for the Federal Defendant* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE


DATED: May 28, 2026

2