TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6297
James.Sweetin@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Ramon Bolin,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendants. | Case No. 2:26-cv-00241-ART-NJK<br><br>**Stipulation and Order to Extend Discovery Deadlines**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties request thirty (30) days extension of all discovery deadlines, which is supported by grounds and circumstances set forth below. This stipulation is filed at least 21 days before the earliest deadline to be extended (discovery cut off). This is the second request for an extension of the discovery schedule. The parties are in active settlement negotiations. Plaintiff is currently conferring with counsel as to settlement. To potentially avoid additional expenses for discovery and particularly for depositions, the parties conferred and agreed that a 30 days extension will aid them in their settlement attempts.

**DISCOVERY COMPLETED**

1. Defendant United States served its Initial Fed. R. Civ. P. 26 Disclosure of Witnesses and Documents on July 30, 2026.

2. Plaintiff served his Initial Fed. R. Civ. P. 26 Disclosure of Witnesses and Documents on July 14, 2026.

3. Defendant United States served its initial sets of Interrogatories, Requests for Productions and Requests for Admissions to Plaintiff on July 31, 2026.

4. Plaintiff served his responses to United States' initial sets of Interrogatories, Requests for Productions and Requests for Admissions on August 31, 2026.

5. On September 23, 2026, Plaintiff served his First Supplemental Disclosure of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26(a) and Designation of Expert Witnesses and Reports.

6. On September 23, 2026, Defendant United States of America served its Designation of Expert Witnesses.

7. On October 12, 2026, Plaintiff took the deposition of the USPS mail carrier.

8. On October 14, 2026, Plaintiff served his Second Supplemental Disclosure of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26(a).

9. On October 26, 2026, Defendant United States of America took the deposition of Plaintiff Ramon Bolin.

10. On October 27, 2026, Defendant United States of America served its Notice of Issuance of Subpoenas directed to Plaintiff's medical providers.

**DISCOVERY REMAINING**

1. Defendant United States of America is in the process of collecting Plaintiff's medical records from his providers.

2. The parties will need to schedule their respective experts depositions and to take depositions of any other witnesses involved in this matter.

3. Any and all other discovery that may be appropriate and applicable under the rules.

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

Without waiver or admission against the parties, this is a personal injury action arising from a car accident on September 15, 2023. Defendant United States of America has

filed its Answer to Plaintiff's Complaint on July 13, 2026. The parties have exchanged initial disclosures and supplements thereto. Defendant United States of America is in the process of collecting Plaintiff's medical records from his providers. The parties have disclosed their experts. The parties are in active settlement negotiations. Plaintiff is currently conferring with counsel as to settlement.

The parties have been working together to schedule the deposition of their experts. Due to the holidays and the experts' schedules, the parties cannot obtain the depositions prior to the discovery cutoff. Plaintiff's expert's only availability for a deposition was in December. Plaintiff is still awaiting the availability of Defendant's expert. The request is made for the purpose of accommodating the experts' schedule as they are not available in time.

**EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

The following table sets forth the current deadlines and the proposed extended deadlines that are the subject of this stipulated request:

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

| SCHEDULED EVENT | CURRENT DEADLINE | **PROPOSED DEADLINE** |
|---|---|---|
| Initial Expert Disclosures | September 23, 2026 | **Closed** |
| Rebuttal Expert Disclosures | October 23, 2026 | **Closed** |
| Discovery Cutoff | November 23, 2026 | **December 23, 2026** |
| Dispositive Motions | December 30, 2026 | **January 29, 2027** |
| Proposed Joint Pretrial Order | January 22, 2027 | **February 22, 2027**[1] |

This request for an extension of time is not sought for any improper purpose including delay.

Respectfully submitted this 11th day of November 2026.

BENSON ALLRED INJURY LAW

*/s/ Joshua L. Benson*
JOSHUA L. BENSON
333 N. Rancho Drive
Suite 420
Las Vegas, Nevada 89106
*Attorneys for Plaintiff*

LERNER & ROWE INJURY ATTORNEYS

*/s/ Joseph F. Schmitt*
JOSEPH F. SCHMITT
4795 S. Durango Drive
Las Vegas, Nevada 89138
*Attorneys for Plaintiff*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney
*Attorney for the United States*

No further extensions of the discovery cutoff will be granted.

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 12, 2026

[1] If dispositive motions were filed, the deadline for the Proposed Joint Pretrial Order would be deferred until 30 days after the Court rules on the dispositive motions.